William A. Delgado (Bar No. 222666)
wdelgado@willenken.com
WILLENKEN WILSON LOH & DELGADO LLP
707 Wilshire Blvd., Suite 3850
Los Angeles, California 90017
Telephone: (213) 955-9240
Facsimile: (213) 955-9250

Sudip Kundu (*pro hac vice*)
sudip.kundu@kundupllc.com
Matthew Cunningham (*pro hac vice*)
KUNDU PLLC
1300 I Street NW, Suite 400E
Washington, DC 20005
Tel.: (202) 749-8372

Attorneys for Defendants
ADRIAN RIVERA and ADRIAN RIVERA
MAYNEZ ENTERPRISES, INC.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
August 20, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOFILL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ADRIAN RIVERA and ADRIAN RIVERA MAYNEZ ENTERPRISES, INC., <br><br> Defendants. | Case No.: 2:17-cv-02956-SJO-AJW <br><br> **JUDGMENT** <br><br> Assigned to the Hon. S. James Otero |

The Court, having considered Defendants Adrian Rivera and Adrian Rivera Maynez Enterprises, Inc.'s (collectively "Defendants") Motion for Summary Judgment (Dkt. No. 147), the opposition thereto, and the reply in support of the Motion finds that:

1. There are no disputes as to any material fact and Defendants are entitled to judgment as a matter of law on all counts in the First Amended Complaint (Dkt. No. 38);

2. Defendants' Motion for Summary Judgment is hereby GRANTED;

3. The clerk is directed to enter final judgment in favor of Defendants on all causes of action.

4. Defendants are awarded costs as the prevailing party.

Dated: 8/23/18

_____
Honorable S. James Otero